# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1886
LT Case No. 2013-CF-645

_____

TAWNY BLAZEJOWSKI,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


3.800 appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Tawny Blazejowski, Ocala, pro se.

No Appearance for Appellee.

November 17, 2023


PER CURIAM.

This Court previously affirmed Appellant's direct appeal and thereafter, dismissed several petitions and appeals filed in this Court stemming from St. Johns County Circuit Court Case No. 2013-CF-645. Because it appears that Appellant's filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting claims stemming from St. Johns County Circuit Court Case No. 2013-CF-

645, may result in sanctions such as a bar on pro se filing in this Court. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

LAMBERT, JAY, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____